### UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| TIMOTHY COUCH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 05 C 0963 |
| v. ) | |
| ) | Judge Shadur |
| VILLAGE OF DIXMOOR, DIXMOOR POLICE ) | |
| DEPARTMENT, MITCHELL DAVIS and ) | Magistrate Judge Levin |
| EMIR KING, ) | |
| Defendants. ) | |

### STIPULATION OF DISMISSAL OF DEFENDANT VILLAGE OF DIXMOOR

The parties, by their respective counsel, hereby stipulate to the dismissal from this matter of the defendant, Village of Dixmoor, only; the case to remain pending as to defendants Mitchell Davis and Emir King.

So stipulated:

_____                _____
Bruce M. Bozich                                 Stephen A. Kolodziej
Counsel for Plaintiff                           Counsel for Defendants
Law Offices of Bruce M. Bozich                  Brenner, Ford, Monroe & Scott, Ltd.
118 S. 75th Avenue                              33 North Dearborn Street, Suite 300
Palos Heights, Illinois 60463                   Chicago, Illinois 60602
708-923-6000                                    312-781-1970