UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TIMOTHY COUCH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 05 C 0963 |
| v. | ) | |
| | ) | Judge Shadur |
| VILLAGE OF DIXMOOR, DIXMOOR POLICE | ) | |
| DEPARTMENT, MITCHELL DAVIS and | ) | Magistrate Judge Levin |
| EMIR KING, | ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL PURSUANT TO SETTLEMENT

All remaining claims herein having been settled, the parties, by their respective counsel, hereby stipulate to the dismissal of this matter in its entirety with prejudice and without costs, pursuant to the settlement agreement between the parties.

So stipulated:

_____
Bruce M. Bozich
Counsel for Plaintiff
Law Offices of Bruce M. Bozich
118 S. 75th Avenue
Palos Heights, Illinois 60463
708-923-6000

_____
Stephen A. Kolodziej
Counsel for Defendants
Brenner, Ford, Monroe & Scott, Ltd.
33 North Dearborn Street, Suite 300
Chicago, Illinois 60602
312-781-1970